IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Tony Christopher Phillips, ) | |
| ) | |
| Petitioner, ) | |
| ) | Civil Action No. 4:07-652-SB |
| v. ) | |
| ) | |
| Warden, Perry Correctional ) | **ORDER** |
| Institution, ) | |
| ) | |
| Respondent. ) | |
| ) | |

This matter is before the Court on the *pro se* Petitioner's request for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to Local Rule 73.02(B)(2)(a), this matter was referred to a United States Magistrate Judge for preliminary review.

On January 16, 2008, the Magistrate Judge issued a report and recommendation ("R&R") analyzing the issues and recommending that the Court grant the Respondent's motion for summary judgment. Attached to the R&R was a notice advising the Petitioner that he may file specific, written objections to the R&R within ten days after being served with a copy. To date, no written objections have been filed.

Absent timely objection from a dissatisfied party, a district court is not required to review, under a *de novo* or any other standard, a Magistrate Judge's factual or legal conclusions. Thomas v. Arn, 474 U.S. 140, 150 (1985); Wells v. Shriner's Hosp., 109 F.3d 198, 201 (4th Cir. 1997). Here, because no objections have been filed, the Court need not conduct a *de novo* review of any portions of the R&R. Accordingly, the Court hereby adopts the Magistrate Judge's R&R as the Order of this Court, and it is

**ORDERED** that the Respondent's motion for summary judgment is granted, and the

Petitioner's § 2254 petition is denied. .

**IT IS SO ORDERED**.

The Honorable Sol Blatt, Jr.
Senior United States District Judge

February __7__, 2008
Charleston, South Carolina